UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC Case Number: 3:20-mj-0009 DMC |
| v. | **JUDGMENT IN CRIMINAL CASE** |
| **Joseph M. Smith** | **(Class B Misdemeanor)** |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| Count 5: 36 CFR 2.35(c)     Counts 1 through 4 dismissed | Public Intoxication |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PAY** a fine in the amount of $1990 , a special assessment of $10 , and restitution in the amount of $.
  Victim Name:                                                           Restitution Amount $
  Victim Name:                                                           Restitution Amount $
  Victim Name:                                                           Restitution Amount $

  ☒ Total financial obligation of $2000  due immediately or no later than 3/23/2023.
  ☐ Monthly payments of   , per month for  months commencing on and each month thereafter by the of the month until paid in full.

☒ **PROBATION** for a term of 36 months, expiring on 9/22/2024. Your conditions of probation are as follows:

  1. Your probation shall be unsupervised;
  2. You shall not commit another federal, state, or local crime;
  3. You shall notify the court and, if represented by counsel, your counsel of any change of address and contact number; and the following additional checked conditions:

  ☐ You shall perform hours of community service by  .

  **While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** to be imprisoned for a term of beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 on by  .

☐ **YOU ARE ALSO ORDERED TO APPEAR for a REVIEW HEARING** on at and **ORDERED TO** file a Status Report 14 days prior to your scheduled hearing.  Please note that failure to appear could result in an arrest warrant being issued against you.

☒ **O T H E R**: You shall not enter any National Park in the Eastern District of California during the term of your probation.  You shall provide proof to the court of successful completion of a 16 hour DUI course within three months.

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely.  If your conviction also involves a moving violation, an abstract could be placed on your driving record.  The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA  95814

**Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED:  9/22/2021

*/s/ Dennis M. Cota*
**Dennis M. Cota**
United States Magistrate Judge

CRD  Initials: clp